IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID GENE LANCASTER,

        Plaintiff,

  v.

DR. PUNG, et al.,

        Defendant.

                                         /

No. CV-09-3230 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )** **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)** **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice.

Dated: August 26, 2009

                                        Richard W. Wieking, Clerk

                                        By: Tracy Lucero
                                        Deputy Clerk