1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  DAVID GENE LANCASTER,                     )  No. C 09-3230 MMC (PR)
                                              )
11           Plaintiff.                       )  **ORDER GRANTING MOTION**
                                              )  **FOR RELIEF FROM**
12       v.                                   )  **JUDGMENT; DIRECTING**
                                              )  **CLERK TO REOPEN ACTION**
13  DR. PUNG, et al.,                         )
                                              )  **(Docket No. 5)**
14           Defendants.                      )
    _____ )

15

16      On July 15, 2009, plaintiff, a California prisoner incarcerated at the Correctional

17  Training Facility at Soledad and proceeding pro se, filed the above-titled civil rights action

18  pursuant to 42 U.S.C. § 1983.  That same date, the Court notified plaintiff in writing that the

19  action was deficient due to plaintiff's failure to pay the requisite filing fee or, instead, to

20  submit a completed court-approved in forma pauperis ("IFP") application.  Plaintiff was

21  further advised that his failure to pay the filing fee or, alternatively, to file a completed IFP

22  application, within thirty days, would result in dismissal of the action.  Along with said

23  notice, plaintiff was sent a copy of the court-approved prisoner's IFP application, instructions

24  for completing it, and a return envelope.  The notice and other items were sent to plaintiff at

25  the most recent address provided by plaintiff to the court, specifically, the address on his

26  complaint.

27      When more than thirty days had passed since the deficiency notice was sent to

28  plaintiff and he had not filed an IFP application, paid the filing fee or otherwise

**United States District Court**
For the Northern District of California

1  communicated with the court, the Court, by order filed August 26, 2009, dismissed the action

2  without prejudice and entered judgment accordingly.  A copy of the order was sent to

3  plaintiff at the same address to which the deficiency notice had been sent, specifically, the

4  address on plaintiff's complaint.

5          Plaintiff now moves for relief from the Court's order of dismissal on the ground that

6  he never received the deficiency notice.  In support of his motion, plaintiff has attached

7  thereto a copy of prison records of plaintiff's incoming and outgoing legal mail during the

8  relevant time period.  According to the incoming mail log, plaintiff received no mail from the

9  Northern District between July 8 and August 30, 2009.

10         Good cause appearing, plaintiff's motion is GRANTED and the order of dismissal is

11 hereby VACATED.

12         The Clerk of the Court is DIRECTED to reopen the instant action.

13         Pursuant to 28 U.S.C. § 1915A, the Court will screen plaintiff's complaint by separate

14 order.[1]

15         This order terminates Docket No. 5.

16         IT IS SO ORDERED.

17 DATED: August 3, 2010

18 _____
   MAXINE M. CHESNEY
   United States District Judge

19

20

21

22

23

24

25

26

27 _____

28         [1]Plaintiff also has filed a completed application to proceed IFP.  The Court has
   granted plaintiff's application by separate order filed concurrently herewith.

2