IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID GENE LANCASTER,

No. CV-09-3230 MMC (PR)

       Plaintiff,

**JUDGMENT IN A CIVIL CASE**

  v.

DR. AUNG, et al.,

       Defendants.

                   /

       **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

       **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

       **IT IS SO ORDERED AND ADJUDGED**

       Defendants' motion for summary judgment is hereby GRANTED.

Dated: April 18, 2012                       Richard W. Wieking, Clerk

                                  *Tracy Lucero*

                                By: Tracy Lucero
                                Deputy Clerk